**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**GORDON VAUGHN,**

    **Plaintiff,**

vs.                                                         **CASE NO. 5:11-cv-2/RS-CJK**

**J. HINES, at al.,**

    **Defendants.**

_____/

## **ORDER**

Consideration of the Report and Recommendation (Doc. 7) is deferred until Plaintiff's Appeal (Doc. 8) is resolved by the 11th Circuit.

This case is stayed until that time.

**ORDERED** on April 19, 2011.

                                                      /S/ Richard Smoak
                                                      **RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**