IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GORDON VAUGHN,

    Plaintiff,

vs.        CASE NO. 5:11cv02/RS-CJK

J. HINES, et al,

    Defendants.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 7) and the Mandate from the Eleventh Circuit Court of Appeal (Doc. 15).

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. Plaintiff's federal claims are dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.

3. Plaintiff's state law claims are dismissed without prejudice.

4. The clerk is directed to close the file.

**ORDERED** on June 8, 2011.

        /S/ Richard Smoak
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**